# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: 2:14-cr-00384-SVW          Date: January 9, 2017

Present: The Honorable  STEPHEN V. WILSON , ☑ District Judge / ☐ Magistrate Judge

| Paul M. Cruz | Deborah Gackle | Shiru Hong | John Kucera/Vicki Chou |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* Chinese (Mandarin) | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT | ATTORNEYS PRESENT FOR DEFENDANTS |
|---|---|
| Shilan Zhao | Kirk C. Davis |
| ☐ Custody ☑ Bond ☐ O/R | ☐ Appointed ☑ Retained |
| | Humberto Diaz, DFPD |
| ☐ Custody ☐ Bond ☐ O/R | ☑ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) One  of the Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to November 6, 2017 at 11:00 a.m.  for sentencing.
☑ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____.
☐ Court orders:

☐ Other:

                                                                                   :  31
                                                            Initials of Deputy Clerk   PMC

cc: Probation Office